IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVIS BAXTER REYNOLDS,<br><br>    Defendant. | Case No.   08-04033M-001-PCT-MEA<br><br>ORDER AMENDING WRITTEN ORDER SETTING CONDITIONS OF RELEASE |

Upon motion of Defendant and good cause appearing therefore, Defendant's release conditions are amended such that he may have contact with Pat Martinez for employment purposes only even though he may be considered a witnesses in this case.

DATED this 11th day of March, 2008.

_____
Mark E. Aspey
United States Magistrate Judge